UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN SCHINITSKY,
                        Plaintiff,

-v-

PACIFIC INDEMNITY COMPANY,
                        Defendant.

22-CV-7509 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on September 1, 2022.  Counsel for the plaintiff is directed to file an appearance with this Court no later than September 26, 2022.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by September 14, 2022.

    SO ORDERED.

Dated: September 6, 2022
          New York, New York

_____
J. PAUL OETKEN
United States District Judge