**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SUSAN SCHINITSKY,

                Plaintiff,

   -against-                               22 **CIVIL** 7509 (MMG)

                                           **JUDGMENT**

PACIFIC INDEMNITY COMPANY,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2025, Defendant's motion for summary judgment is GRANTED. Judgment is entered in favor of the Defendant; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2025

                                                  **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                             **BY:** *[signature]*

                                                  **Deputy Clerk**